**JUDGE BUCHWALD**

**07 CV 6057**

GIBNEY, ANTHONY & FLAHERTY, LLP
John Macaluso (JM-2058)
Matthew W. Carlin (MC-4902)
665 Fifth Avenue
New York, New York 10022
(212) 688-5151
(212) 688-8315 – fax

JUN 2 6 2007
U.S. ... D N.Y.
CASHIERS

*Of Counsel:*
STEPHEN M. GAFFIGAN, P.A.
Stephen M. Gaffigan
312 S.E. 17th Street – Second Floor
Ft. Lauderdale, Florida 33316
(954) 767-4819
(954) 767-4821 - fax

Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>    Plaintiff,<br><br>v.<br><br>BRIGITTE C. VAUGHN a/k/a BRIGITTE C. SIERAU a/k/a BRIGIT VAUGHN and BIBI, INC., individually and jointly, d/b/a BIBISBLINGBLING.COM d/b/a d/b/a BIBISBLINGBLING, and Does 1-10,<br><br>    Defendants. | FED. R. CIV. P. 7.1<br>**DISCLOSURE STATEMENT**<br><br><br>CASE NO. |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for plaintiffs CHANEL, INC., a private (non-governmental) party, certifies that the following are corporate parents, subsidiaries, and/or affiliates of said party which are publicly held:

None.

Dated: New York, New York
June 26, 2007

Respectfully submitted,

**GIBNEY, ANTHONY & FLAHERTY, LLP**

By: /s/ Matthew W. Carlin
Matthew W. Carlin (MC-4902)
Attorneys for Plaintiff
665 Fifth Avenue
New York, New York 10022
(212) 688-5151
(212) 688-8315 – fax

*Of Counsel:*
**STEPHEN M. GAFFIGAN, P.A.**
Stephen M. Gaffigan
312 S.E. 17th Street – Second Floor
Ft. Lauderdale, Florida 33316
(954) 767-4819
(954) 767-4821 - fax