AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

CHANEL, INC. a New York Corporation,

**SUMMONS IN A CIVIL CASE**

V.

BRIGITTE C. VAUGHN, et al.

CASE NUMBER: **07 CV 6057**

**JUDGE BUCHWALD**

TO: (Name and address of defendant)

BIBI, INC., individually and jointly, d/b/a BIBISBLINGBLING.COM d/b/a
d/b/a BIBISBLINGBLING
157 Ira Road #130
Syosset, New York 11797

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Macaluso
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
(212) 688-5151

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

JUN 2 6 2007

DATE

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANEL, INC., A NEW YORK CORPORATION<br>Plaintiff / Petitioner | Cause #:  07CV6057 |
| vs.<br>BRIGITTE C. VAUGHN AKA BRIGITTE C. SIERAU AKA BRIGHT VAUGHN ET AL.,<br>Defendant / Respondent | AFFIDAVIT OF SERVICE OF:<br>SUMMONS AND COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; INDIVIDUAL PRACTICES OF NAOMI REICE BUCHWALD, U.S. DISTRICT JUDGE; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN |
| | Hearing Date: |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Sep 18 2007 12:35PM this affiant duly served the above described documents upon BIBI, INC., INDIVIDUALLY AND JOINTLY, DBA BIBISBLINGBLING.COM DBA BIBISBLINGBLING by depositing in the United States mail, via Certified Mail Return Receipt Requested, the above described documents with proper postage attached and addressed to:

BIBI, INC., INDIVIDUALLY AND JOINTLY, DBA BIBISBLINGBLING.COM DBA BIBISBLINGBLING
168 FAIRHAVEN BLVD #10 WOODBURY, NY 11791

_/s/ Heather Cox_
HEATHER Cox

Subscribed and sworn to before me this Sep 18 2007

_/s/ Ramona L Holmes_
a Notary Public in the State of Washington,
residing at ___Seattle___

[Notary Seal: RAMONA L. HOLMES, COMMISSION EXPIRES 11-18-07, NOTARY PUBLIC, STATE OF WASHINGTON]

ABC Legal Services, Inc.
206 521-9000
Tracking #: 4939351

**ORIGINAL
PROOF OF SERVICE**

Page 1 of 1

Gaffigan, Stephen M    (PFI)
312 SE 17th St, 2nd Floor
Ft Lauderdale, FL    33316
954 767-4819

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7000 1530 0001 2196 5518

Sent To: Bibi, INC
Street, Apt. No.; or PO Box No.: 168 Fairhaven Blvd, #10
City, State, ZIP+4: Woodbury, NY 11791

PS Form 3800, May 2000    See Reverse for Instructions