# EXHIBIT 1

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

CHANEL, INC. a New York Corporation,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: **07-CV 6057**

BRIGITTE C. VAUGHN, et al.

**JUDGE BUCHWALD**

TO: (Name and address of defendant)

BRIGITTE C. VAUGHN a/k/a BRIGITTE C. SIERAU a/k/a BRIGIT VAUGHN
168 Fairhaven Blvd. #10
Woodbury, New York 11797

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Macaluso
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
(212) 688-5151

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 2 6 2007

CLERK

DATE

(BY) DEPUTY CLERK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANEL, INC., A NEW YORK CORPORATION<br>Plaintiff / Petitioner | Cause #:   07CV6057 |
| VS.<br>BRIGITTE C. VAUGHN AKA BRIGITTE C.<br>SIERAU AKA BRIGHT VAUGHN ET AL.,<br>Defendant / Respondent | AFFIDAVIT OF SERVICE OF:<br>SUMMONS AND COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; INDIVIDUAL PRACTICES OF NAOMI REICE BUCHWALD, U.S. DISTRICT JUDGE; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN |
| | Hearing Date: |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Sep 5 2007 8:47AM this affiant duly served the above described documents upon BRIGITTE C. VAUGHN AKA BRIGITTE C. SIERAU AKA BRIGHT VAUGHN by depositing in the United States mail, via Certified Mail Return Receipt Requested, the above described documents with proper postage attached and addressed to:

BRIGITTE C. VAUGHN AKA BRIGITTE C. SIERAU AKA BRIGHT VAUGHN
168 FAIRHAVEN BLVD #10 WOODBURY, NY 11791

_HEATHER COX_

Subscribed and sworn to before me this Sep 5 2007

_Ramona L Holmes_

a Notary Public in the State of Washington,
residing at _Seattle_

ABC Legal Services, Inc.
206 521-9000
Tracking #: 4826713

**ORIGINAL
PROOF OF SERVICE**

Gaffigan, Stephen M   (PFI)
312 SE 17th St, 2nd Floor
Ft Lauderdale, FL   33316
954 767-4819

Page 1 of 1

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Brigitte Vaughn
Street, Apt. No.; or PO Box No.: 168 Fair Haven Blvd
City, State, ZIP+4: Woodbury, NY 11791

PS Form 3800, May 2000         See Reverse for Instructions

7000 1670 0001 2196 4450