# EXHIBIT 2

John Macaluso (JM2058)
Matthew W. Carlin (MC4902)
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
Telephone (212) 688-5151
Facsimile (212) 688-8315
E-mail: jmacaluso@gibney.com

Attorneys for Plaintiff, Chanel, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHANEL, INC., a New York corporation, | ) ) ) | CASE NO. 07-CV-6057-NRB |
| Plaintiff, | ) ) ) | **AFFIDAVIT OF JOHN MACALUSO IN SUPPORT OF APPLICATION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT** |
| v. | ) ) | |
| BRIGITTE C. VAUGHN a/k/a BRIGITTE C. SIERAU a/k/a BRIGIT VAUGHN and BIBI, INC., individually and jointly, d/b/a BIBISBLINGBLING.COM d/b/a d/b/a BIBISBLINGBLING, and Does 1-10, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

STATE OF NEW YORK                        )
                                                          )ss
COUNTY OF NEW YORK                    )

BEFORE ME, the undersigned authority, personally appeared John Macaluso, who after first being duly sworn, deposes and states the following:

     1.    I am over the age 18 years, and I have personal knowledge of the information contained in this Affidavit.

2.      I have reviewed the docket on this matter of the United States District Court, Southern District of New York.

3.      The Defendant, Brigitte C. Vaughn a/k/a Brigitte C. Sierau a/k/a Brigit Vaughn d/b/a BibisBlingBling.com d/b/a BibisBlingBling was served on September 5, 2007 with the Summons and a copy of the Complaint.

4.      The time within which the Defendant may respond to the Complaint expired on September 25, 2007.  Plaintiff has not been served with any valid response to the Complaint nor has Plaintiff been served with any request for additional time within which to respond, nor has the deadline been extended by this Court.  A copy of the Court docket is attached hereto as Exhibit "A."

        FURTHER AFFIANT SAYETH NAUGHT.

                                        Respectfully submitted,

                                        John Macaluso (JM 2058)
                                        Gibney, Anthony & Flaherty, LLP
                                        665 Fifth Avenue
                                        New York, NY 10022
                                        Telephone: (212) 688-5151
                                        Facsimile: (212) 688-8315
                                        E-mail: jmacaluso@gibney.com

Sworn to before me this
23rd day of October, 2007

Notary Public

BAMAWATTI LALL
Notary Public, State of New York
No. 01LA6034961
Qualified in Queens County
Commission Expires December 20, 20 09

# EXHIBIT A

ECF

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-06057-NRB

| | |
|---|---|
| Chanel, Inc. v. Vaughn et al | Date Filed: 06/26/2007 |
| Assigned to: Judge Naomi Reice Buchwald | Jury Demand: None |
| Cause: 15:1114 Trademark Infringement | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Chanel, Inc.**                                     represented by   **John Macaluso**
*a New York Corporation*                                              Gibney, Anthony & Flaherty, LLP
                                                                       665 Fifth Avenue
                                                                       New York, NY 10022
                                                                       (212) 688-5151
                                                                       Fax: (212) 688-8315
                                                                       Email: Jmacaluso@gibney.com
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Brigette C. Vaughn**
*also known as*
Brigitte Sierau
*also known as*
Bright Vaughn

**Defendant**

**Bibi Inc.**
*individually*

**Defendant**

**Bibi, Inc.**
*jointly*
*doing business as*
Bibisblingbling.com
*doing business as*
Bibisblingbling

**Defendant**

**Does**
*1-10*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 06/26/2007 | 1 | COMPLAINT against Does, Brigitte C. Vaughn, Bibi Inc., Bibi, Inc.. (Filing Fee $ 350.00, Receipt Number 619329)Document filed by Chanel, Inc.. (mbe) (Entered: 06/28/2007) |
| 06/26/2007 | | SUMMONS ISSUED as to Does, Brigitte C. Vaughn, Bibi Inc., Bibi, Inc.. (mbe) (Entered: 06/28/2007) |
| 06/26/2007 | | Magistrate Judge Debra C. Freeman is so designated. (mbe) (Entered: 06/28/2007) |
| 06/26/2007 | | Case Designated ECF. (mbe) (Entered: 06/28/2007) |
| 06/26/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Chanel, Inc..(mbe) (Entered: 06/28/2007) |
| 09/14/2007 | 3 | SUMMONS RETURNED EXECUTED. Brigitte C. Vaughn served on 9/5/2007, answer due 9/25/2007. Service was made by MAIL. Document filed by Chanel, Inc.. (Macaluso, John) (Entered: 09/14/2007) |
| 10/04/2007 | 4 | SUMMONS RETURNED EXECUTED. Bibi, Inc. served on 9/18/2007, answer due 10/8/2007. Service was made by Mail. Document filed by Chanel, Inc.. (Macaluso, John) (Entered: 10/04/2007) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/23/2007 13:10:58 | | |
| **PACER Login:** ga0107 | **Client Code:** | 10643-00007 |
| **Description:** Docket Report | **Search Criteria:** | 1:07-cv-06057-NRB |
| **Billable Pages:** 1 | **Cost:** | 0.08 |