BS_Notice_of_Appear_Brigitte_C_Vaughn.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CHANEL, INC., a New York corporation,

                      Plaintiff,

      -against-

BRIGITTE C. VAUGHN, et al.,

                    Defendants.

------------------------------------------------------------------X

ECF CASE

07 CV 6057 (NRB)

RULE 7.1 STATEMENT
FOR DEFENDANTS BIBI, INC.
AND BRIGITTE C. SIERAU

Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendants, **Brigitte C. Sierau** (sued herein as "Brigitte C. Vaughn a/k/a Brigitte C. Sierau a/k/a Brigit Vaughn) and Bibi, Inc., certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: NONE.

Dated:   New York, New York
            November 13, 2007

                                            Carl E. Person  (CP 7637)
                                            Attorney for Defendant, Brigitte C. Sierau
                                                and Bibi, Inc.
                                            325 W. 45th Street - Suite 201
                                            New York, New York 10036-3803
                                            (212) 307-4444

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing

RULE 7.1 STATEMENT<br>
FOR DEFENDANTS BIBI, INC.<br>
AND BRIGITTE C. SIERAU

was served on the attorney for Plaintiff by causing the same to be delivered by first class mail, postage pre-paid to:

> John Macaluso, Esq.
> Gibney, Anthony & Flaherty, LLP
> 665 Fifth Avenue
> New York NY 10022

Dated: November 13, 2007

_____
Carl E. Person