BS_Notice_of_Appear_Brigitte_C_Vaughn.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHANEL, INC., a New York corporation,

                              Plaintiff,

          -against-

BRIGITTE C. VAUGHN, et al.,

                            Defendants.
-----------------------------------------------------------------X

ECF CASE

07 CV 6057 (NRB)

NOTICE OF APPEARANCE
FOR DEFENDANTS BIBI, INC.
AND BRIGITTE C. SIERAU

      **Please take notice** that the undersigned counsel, Carl E. Person, is appearing as counsel on behalf of the Defendants, **Brigitte C. Sierau** (sued herein as "Brigitte C. Vaughn a/k/a Brigitte C. Sierau a/k/a Brigit Vaughn) and Bibi, Inc., both alleged to be doing business as Bibisblingbling.com and Bibisblingbling").

Dated:    New York, New York
             November 13, 2007

_____
Carl E. Person   (CP 7637)
Attorney for Defendant, Brigitte C. Sierau
    and Bibi, Inc.
325 W. 45th Street - Suite 201
New York, New York 10036-3803
(212) 307-4444

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing

## NOTICE OF APPEARANCE
## FOR DEFENDANTS BIBI, INC.
## AND BRIGITTE C. SIERAU

was served on the attorney for Plaintiff by causing the same to be delivered by first class mail, postage pre-paid to:

> John Macaluso, Esq.
> Gibney, Anthony & Flaherty, LLP
> 665 Fifth Avenue
> New York NY  10022

Dated:  November 13, 2007

_____
Carl E. Person