

**Carl E. Person**
*Attorney at Law*
325 W. 45th Street - Suite 201
New York NY 10036-3803

Tel: 212-307-4444
Fax: 212-307-0247

**BY HAND**

November 27, 2007

Honorable Naomi R. Buchwald
United States District Judge
United States Court
500 Pearl Street
New York, NY 10007-1312

Re: *Chanel, Inc. v. Brigitte C. Vaughn, Bibi, Inc., et al.*, 07 Civ. 6057 (NRB)
Copy of Defendants' Answer; Defendants' Request (upon Consent) for Adjournment of 11/30/07 Pre-Trial Conference

Dear Judge Buchwald:

I represent the two named defendants in the above-captioned action.

Pursuant to Your Honor's Notice of Initial Pretrial Conference, I enclose a copy of the defendants' Answer, dated November 13, 2007.

**Reason for Requested Adjournment:** The Pretrial Conference has been scheduled for Friday, November 30, 2007, at 3:00 p.m. By this letter, I am requesting an adjournment of the conference to a later date. I am already scheduled to appear at the same time before Judge Marrero in *SEC v. Sirianni*, 06 CV 13181 (VM), with two other proceedings before two other judges in the same Courthouse on the same day.

**Upon Consent of Adversary:** My adversary consents to this request.

**Several Times and Dates Proposed:** My adversary and I are both available during the morning of Tuesday, December 11; at or after 3:00 p.m. on Wednesday, December 12; and all day on Thursday, December 13th.

We are trying to work out a settlement of the action and agree that grant of the requested adjournment would be helpful in the settlement process.

Very truly yours,

Carl E. Person
Attorney for Defendants

cc - John Macaluso, Esq. (by email without copy of Answer)

*[Handwritten note:]* The conference is adjourned until December 13, 2007 at 2:30 p.m. So Ordered. 11/29/07