**GIBNEY, ANTHONY & FLAHERTY, LLP**
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
(212) 688-5151
(212) 688-8315 – fax

*Of Counsel:*
STEPHEN M. GAFFIGAN, P.A.
Stephen M. Gaffigan
312 S.E. 17th Street – Second Floor
Ft. Lauderdale, Florida 33316
(954) 767-4819
(954) 767-4821 - fax

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANEL, INC., a New York Corporation,<br><br>Plaintiff,<br><br>-against-<br><br>BRIGITTE C. VAUGHN a/k/a BRIGITTE C. SIERAU a/k/a BRIGIT VAUGHN and BIBI, INC., individually and jointly, d/b/a BIBISBLINGBLING.COM d/b/a d/b/a BIBISBLINGBLING, and DOES 1-10,<br><br>Defendants. | CASE NO. 07 CV 6057 (NRB)<br><br>JOINT STATUS REPORT |

Pursuant to this Court's instruction, the parties hereby submit the following status report:

The parties have not resolved this matter. However, the Defendants have produced some records and Chanel has provided the Defendants with a written settlement proposal and draft Settlement Agreement in order to attempt to fully resolve this matter. The Defendants have agreed to respond to Chanel's settlement offer within seven (7) days.

If the parties have not reached an amicable settlement within the next seven (7) days, Chanel intends to file a Motion for Summary Judgment.

DATED: JAN. 9, 2008

Respectfully submitted,

GIBNEY, ANTHONY & FLAHERTY, LLP

By: _____
John Macaluso (JM 2058)
665 Fifth Avenue
New York, NY 10022
(212) 688-5151
(212) 688-8315 – fax
Counsel for Plaintiff
Chanel, Inc.

DATED: JAN. 9 2008

By: _____
Carl E. Person (CP 7637)
325 W. 45th Street- Suite 201
New York, New York 10036
(212) 307-4444
(212) 307-0247 – fax
Counsel for Defendants