GIBNEY, ANTHONY & FLAHERTY, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315
E-mail: jmacaluso@gibney.com

OF COUNSEL:
Stephen M. Gaffigan
STEPHEN GAFFIGAN, P.A.
312 Southeast 17th Street, 2nd Floor
Ft. Lauderdale, FL 33316
Telephone: (954) 767-4819
Facsimile: (954)767-4821
E-mail: stephen@smgpa.net



Attorneys for Plaintiff
CHANEL, INC.

## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>BRIGITTE C. VAUGHN a/k/a BRIGITTE C.<br>SIERAU a/k/a BRIGIT VAUGHN and BIBI,<br>INC., individually and jointly, d/b/a<br>BIBISBLINGBLING.COM d/b/a<br>d/b/a BIBISBLINGBLING, and Does 1-10,<br><br>  Defendants. | CASE NO. 07 CV 6057 (NRB)<br><br>**ORDER FOR ADMISSION TO<br>PRACTICE PRO HAC VICE** |

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney **Stephen M. Gaffigan** is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: January 14, 2008

United States District Judge