John Macaluso
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
Telephone (212) 688-5151
Facsimile  (212) 688-8315
E-mail:  JMacaluso@Gibney.com

Attorney for Plaintiff, Chanel, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHANEL, INC., a New York corporation, | ) ) ) | Case No.  07-cv-06057 (NRB) |
| Plaintiff, | ) ) ) | **DECLARATION OF ADRIENNE HAHN SISBARRO IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF REQUEST FOR DAMAGES** |
| v. | ) ) ) | |
| BRIGITTE C. VAUGHN a/k/a BRIGITTE C. SIERAU a/k/a BRIGIT VAUGHN and BIBI, INC., individually and jointly, d/b/a BIBISBLINGBLING.COM d/b/a d/b/a BIBISBLINGBLING, and Does 1- 10, | ) ) ) ) ) ) ) ) | |
| Defendants. | | |

1.      My name is Adrienne Hahn Sisbarro and I am employed by Chanel, Inc. ("Chanel") as Director, Legal Administration.  I have been so employed since 1988.  Chanel is a corporation duly organized under the laws of the State of New York with its principal place of business in the United States located at Nine West 57th Street, New York, New York 10019.

2.      I am over 18 years of age and have personal knowledge of the facts set forth herein.

3.      In my capacity as Chanel's Director, Legal Administration, I am responsible, in part, for Chanel's trademark anti-counterfeiting efforts in the United States.  As a result, I am fully familiar with most aspects of the manufacture, sale, and distribution of genuine Chanel products,

including handbags and costume jewelry including earrings.  I have been trained to identify the distinctions between genuine Chanel merchandise and counterfeit copies of the same.

4.      Since the 1920s, Chanel has been engaged in the promotion, distribution, and sale in interstate commerce of high quality items under the Chanel trademarks.

5.      Chanel the owner of the following trademarks, which are the subject of the following United States Federal Trademark Registrations:

| MARK | REG. NO. | REG. DATE |
| --- | --- | --- |
| CHANEL | 0,626,035 | May 1, 1956 |
| CHANEL | 0,901,190 | November 10, 1970 |
| CC Monogram | 1,314,511 | January 15, 1985 |
| CHANEL | 1,347,677 | July 9, 1985 |
| CC Monogram | 1,501,898 | August 30, 1988 |
| CHANEL | 1,733,051 | November 17, 1992 |
| CC Monogram | 1,734,822 | November 24, 1992 |
| CC Monogram | 3,025,934 | December 13, 2005 |

which are registered in International Classes 14 and 18 and are used in connection with the manufacture and distribution of, among other things, handbags and costume jewelry including earrings (the "Chanel Marks").  True and correct copies of the Federal Registrations for the Chanel Marks are attached hereto as Composite Exhibit "1."

6.      Chanel products are promoted and sold through Chanel boutiques throughout the United States, at high quality, prestige retail stores and via the Internet throughout the world. Accordingly, Chanel products are on constant direct display to consumers in every market. During the more than 70 years that Chanel has sold its products in interstate commerce under the Chanel Marks, Chanel has spent hundreds of millions of dollars to advertise and promote its goods extensively.  In the last five years, Chanel's sales of high quality handbags and costume jewelry including earrings, and other goods have been well into many millions of dollars.

7.    As a result of the foregoing, the Chanel Marks have acquired fame in the consumer market for a wide variety of products, including high quality handbags and costume jewelry including earrings, and various other goods. The Chanel Marks have come to symbolize the enormous goodwill of Chanel's products throughout the United States and the world. No other manufacturer uses the Chanel Marks or any substantially similar marks in connection with the manufacture, sale, or distribution of similar goods.

8.    The Chanel Marks are vital to Chanel's business, as the marks represent virtually the entire value of the company and its associated image. Chanel suffers irreparable harm to its goodwill, as well as a direct monetary loss, any time any third parties, including the Defendants Brigitte C. Vaughn a/k/a Brigitte C. Sierau a/k/a Brigit Vaughn and Bibi, Inc. d/b/a BlibisBlingBling.com d/b/a BibisBlingBling (collectively the "Bibi Defendants"), sell counterfeit goods bearing identical or substantially similar trademarks.

9.    Prior to filing suit, Chanel received information that the Bibi Defendants were selling handbags and costume jewelry including earrings, and various other items under the Chanel Marks without Chanel's authorization through at least one website under the domain name BibisBlingBling.com. True and correct printouts of the Bibi Defendants' website BibisBlingBling.com are attached to the Declaration of Lynnette Oka ("Oka") as Composite Exhibit "1." The Bibi Defendants do not have, nor have they ever had, the right or authority to use the Chanel Marks for any purpose.

10.    In or about May 2006, as part of its ongoing investigations regarding the sale of counterfeit "replica" Chanel products, Chanel retained Robert Holmes of IPCyberCrime.com, LLC ("Holmes"). Upon Chanel's instruction, Holmes purchased a handbag bearing the Chanel Marks at issue in this proceeding from the Bibi Defendants through their website, BibisBlingBling.com. On or about May 31, 2006, Holmes received the handbag and delivered the same to Chanel for analysis together with an appropriate Chain of Custody.

11.    I personally inspected and analyzed the handbag purchased in May, 2006 from the Bibi Defendants through their website BibisBlingBling.com and determined it to be a non-genuine Chanel product. My analysis included review of the workmanship and materials of the handbag

including the interior labeling of the product, the hang tag attached to the handbag and the lining fabric of the handbag, all of which differ from and are inferior to a similar genuine Chanel handbag. A true and correct photograph of the handbag purchased from the Bibi Defendants through their website BibisBlingBling.com that I inspected together with the Chain of Custody are attached to the Declaration of Holmes as Composite Exhibit "2."

12.     In or about April 2007, Chanel again became aware that the Bibi Defendants were continuing to sell and offer for sale handbags, costume jewelry including earrings, and various other items under the Chanel Marks at issue in this action without Chanel's authorization through their website BibisBlingBling.com. True and correct copies of the relevant pages from the Bibi Defendants' website BibisBlingBling.com captured on April 18, 2007 are attached to the Declaration of Oka as Composite Exhibit "1." Accordingly, Chanel again retained Holmes to investigate the Bibi Defendants.

13.     On or about April 19, 2007, pursuant to Chanel instructions, Holmes purchased another handbag bearing counterfeits of the Chanel Marks at issue in this action from the Defendants' website, BibisBlingBling.com. Holmes received the handbag bearing counterfeits of the Chanel Marks purchased from the Bibi Defendants from their website BibisBlingBling.com and delivered the same to Chanel for analysis together with an appropriate Chain of Custody.

14.     I personally inspected and analyzed the handbag purchased in April, 2007 from the Bibi Defendants through their website BibisBlingBling.com and determined it to be a non-genuine Chanel product. My analysis included review of the workmanship and materials of the handbag including the hardware, the labeling of the product, and the lining fabric of the handbag, all of which differ from and are inferior to a similar genuine Chanel handbag. A true and correct photograph of the handbag purchased by Holmes from the Bibi Defendants through their website BibisBlingBling.com that I inspected together with the Chain of Custody are attached to the Declaration of Holmes as Composite Exhibit "2."

15.     As a result of the availability of the counterfeit products being offered by the Bibi Defendants through website BibisBlingBling.com, Chanel is highly likely to experience irreparable

damage to its reputation among consumers unless the infringing activity alleged in the Complaint is stopped.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FURTHER DECLARANT SAYETH NAUGHT.

Dated this _____ 4ᵗʰ _____ day of April, 2008.

ADRIENNE HAHN SISBARRO

Composite Exhibit "1"

# United States Patent and Trademark Office

**Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help**

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 8 04:31:42 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST |
|---|---|---|---|---|---|---|---|---|
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | |

Please logout when you are done to release system resources allocated for you.

**List At:**          **OR**          **to record:**          **Record 5 out of 5**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |
|---|---|---|---|---|

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHANEL |
| **Goods and Services** | IC 018. US 003. G & S: WOMEN'S HANDBAGS. FIRST USE: 19380000. FIRST USE IN COMMERCE: 19541124 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 71678436 |
| **Filing Date** | December 16, 1954 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0626035 |
| **Registration Date** | May 1, 1956 |
| **Owner** | (REGISTRANT) CHANEL, INC. CORPORATION NEW YORK 1 W. 57TH ST. NEW YORK NEW YORK |
| | (LAST LISTED OWNER) CHANEL, INC. CORPORATION ASSIGNEE OF NEW YORK 9 WEST 57TH STREET NEW YORK NEW YORK 10019 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | ADRIENNE HAHN |

**1**

**Prior Registrations**        0195360;0513132;AND OTHERS

**Type of Mark**               TRADEMARK

**Register**                   PRINCIPAL-2(F)

**Affidavit Text**             SECT 15. SECTION 8(10-YR) 20060719.

**Renewal**                    3RD RENEWAL 20060719

**Live/Dead Indicator**        LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST |

| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**2**

# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 8 04:31:42 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST

CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Please logout when you are done to release system resources allocated for you.

List At:        OR        to record:        **Record 4 out of 4**

TARR Status | ASSIGN Status | TDR | TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHANEL |
| **Goods and Services** | IC 014. US 028. G & S: BRACELETS, PINS, AND EARRINGS. FIRST USE: 19140000. FIRST USE IN COMMERCE: 19250000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72339492 |
| **Filing Date** | May 28, 1969 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0902190 |
| **Registration Date** | November 10, 1970 |
| **Owner** | (REGISTRANT) CHANEL, INC. CORPORATION NEW YORK 9 W. 57TH ST. NEW YORK NEW YORK 10019 |
| **Prior Registrations** | 0612169 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECTION 8(10-YR) 20010329. |

**3**

Trademark Electronic Search System (TESS)

**Renewal**            2ND RENEWAL 20010329

**Live/Dead Indicator**   LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST

CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



# United States Patent and Trademark Office

**Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help**

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 8 04:31:42 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Please logout when you are done to release system resources allocated for you.

**List At:**          **OR**          **to record:**          **Record 5 out of 5**

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

.



| **Word Mark** | CC |
| **Goods and Services** | (CANCELLED) IC 016. US 037. G & S: [ Notebooks and Stationery-Type Portfolios ]. FIRST USE: 19810900. FIRST USE IN COMMERCE: 19810900

IC 018. US 003. G & S: Leather Goods-Namely, Handbags, [ Wallets, Travel Bags, Luggage, Credit Card and Business Card Cases, Make-Up Bags and Vanity Cases Sold Empty, Briefcase-Type Portfolios; Attache Cases, Change Purses, Suitcases, Tote Bags, Garment Bags and Travellers' Shoe Bags ]. FIRST USE: 19541124. FIRST USE IN COMMERCE: 19541124 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73356733 |
| **Filing Date** | March 26, 1982 |
| **Current Filing Basis** | 1A |

**5**

| | |
|---|---|
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 6, 1984 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **1314511** |
| **Registration Date** | January 15, 1985 |
| **Owner** | (REGISTRANT) Chanel, Inc. CORPORATION NEW YORK 9 West 57th Street New York NEW YORK 10019 |
| **Attorney of Record** | VERONICA L. HRDY |
| **Prior Registrations** | 1075016 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. PARTIAL SECT 8 (6-YR). SECTION 8(10-YR) 20050225. |
| **Renewal** | 1ST RENEWAL 20050225 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**6**

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Apr 8 04:31:42 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST |

| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Please logout when you are done to release system resources allocated for you.

List At:          OR          to record:          **Record 4 out of 5**

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHANEL |
| **Goods and Services** | (CANCELLED) IC 016. US 037. G & S: [ Notebooks and Stationery Type Portfolios ]. FIRST USE: 19810900. FIRST USE IN COMMERCE: 19810900 |
| | IC 018. US 003. G & S: Leather Goods-Namely, Handbags [ , Wallets, Travel Bags, Luggage, Business and Credit Card Cases, Brief Case Type Portfolios, Attache Cases, Change Purses, Suitcases, Tote Bags, Make-Up Bags and Vanity Cases Sold Empty, Garment Bags for Travel and Travellers' Shoe Bags ]. FIRST USE: 19380000. FIRST USE IN COMMERCE: 19541124 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73356734 |
| **Filing Date** | March 26, 1982 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 30, 1985 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 1347677 |

**7**

| | |
|---|---|
| **Registration Date** | July 9, 1985 |
| **Owner** | (REGISTRANT) Chanel, Inc. CORPORATION NEW YORK 9 W. 57th St. New York NEW YORK 10019 |
| **Prior Registrations** | **0626035** |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. PARTIAL SECT 8 (6-YR). SECTION 8(10-YR) 20050930. |
| **Renewal** | 1ST RENEWAL 20050930 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**8**

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 8 04:31:42 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST |

| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Please logout when you are done to release system resources allocated for you.

List At:          OR          to record:          **Record 3 out of 5**

---

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



**Word Mark**        CC

| | |
|---|---|
| **Goods and Services** | IC 006. US 013. G & S: KEYCHAINS. FIRST USE: 19810900. FIRST USE IN COMMERCE: 19810900 |
| | IC 014. US 028. G & S: COSTUME JEWELRY. FIRST USE: 19810900. FIRST USE IN COMMERCE: 19810900 |
| | IC 016. US 037. G & S: GIFT WRAPPING PAPER. FIRST USE: 19860800. FIRST USE IN COMMERCE: 19860800 |
| | IC 025. US 039. G & S: BLOUSES, SHOES, BELTS, SCARVES, JACKETS, MEN'S TIES. FIRST USE: 19810900. FIRST USE IN COMMERCE: 19810900 |
| | IC 026. US 040. G & S: BROOCHES, BUTTONS FOR CLOTHING. FIRST USE: 19810900. FIRST USE IN COMMERCE: 19810900 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73644065 |
| **Filing Date** | February 9, 1987 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 7, 1988 |
| **Registration Number** | 1501898 |
| **Registration Date** | August 30, 1988 |
| **Owner** | (REGISTRANT) CHANEL, INC. CORPORATION NEW YORK 9 WEST 57TH STREET NEW YORK NEW YORK 10019 |
| **Attorney of Record** | VERONICA L. HRDY |
| **Prior Registrations** | 0195359;0399751;0799642;1241264;1271876;1293398;1308092;**1314511**;1347094; AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST

CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**10**



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 8 04:31:42 EDT 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST

CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Please logout when you are done to release system resources allocated for you.

List At:          OR          to record:          **Record 1 out of 5**

TARR Status | ASSIGN Status | TDR | TTAB Status     *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | CHANEL |
| **Goods and Services** | IC 018. US 003. G & S: leather goods; namely, handbags, wallets, travel bags, luggage, business and credit card cases, change purses, tote bags, cosmetic bags sold empty, and garment bags for travel. FIRST USE: 19540000. FIRST USE IN COMMERCE: 19540000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74242426 |
| **Filing Date** | January 31, 1992 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 25, 1992 |
| **Registration Number** | 1733051 |
| **Registration Date** | November 17, 1992 |
| **Owner** | (REGISTRANT) Chanel, Inc. CORPORATION NEW YORK 9 West 57th Street New York NEW YORK 100192790 |
| **Attorney of Record** | Veronica L. Hrdy |
| **Prior Registrations** | **0626035**;1347677;AND OTHERS |

**11**

**Type of Mark**          TRADEMARK

**Register**              PRINCIPAL

**Affidavit Text**        SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20020607.

**Renewal**               1ST RENEWAL 20020607

**Live/Dead Indicator**   LIVE

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST

CURR LIST   NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

| HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 8 04:31:42 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Please logout when you are done to release system resources allocated for you.

List At:          OR          to record:          **Record 1 out of 5**

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | CC |
| **Goods and Services** | IC 018. US 003. G & S: leather goods; namely, handbags, wallets, travel bags, luggage, business card cases, change purses, tote bags, and cosmetic bags sold empty. FIRST USE: 19540000. FIRST USE IN COMMERCE: 19540000 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 74242471 |
| **Filing Date** | January 31, 1992 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 1, 1992 |
| **Registration Number** | 1734822 |
| **Registration Date** | November 24, 1992 |

**13**

| | |
|---|---|
| **Owner** | (REGISTRANT) Chanel, Inc. CORPORATION NEW YORK 9 West 57th Street New York NEW YORK 10019 |
| **Attorney of Record** | Veronica L. Hrdy |
| **Prior Registrations** | 1293298;**1314511**;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20020607. |
| **Renewal** | 1ST RENEWAL 20020607 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST

CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**14**



# United States Patent and Trademark Office

**Home** | **Site Index** | **Search** | **FAQ** | **Glossary** | **Guides** | **Contacts** | ***e*Business** | ***e*Biz alerts** | **News** | **Help**

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Apr 8 04:31:42 EDT 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the*

*Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | CC |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: Handbags. FIRST USE: 20040601. FIRST USE IN COMMERCE: 20040601 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.01.03 - Circles, incomplete (more than semi-circles); Incomplete circles (more than semi-circles)<br>26.01.16 - Circles touching or intersecting<br>27.03.01 - Geometric figures forming letters, numerals or punctuation |
| **Serial Number** | 76615089 |
| **Filing Date** | October 8, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 20, 2005 |
| **Registration Number** | 3025934 |
| **Registration Date** | December 13, 2005 |
| **Owner** | (REGISTRANT) Chanel, Inc. CORPORATION NEW YORK 9 West 57th Street New York NEW YORK 10019 |

**15**

| | |
|---|---|
| **Attorney of Record** | Veronica L. Hrdy |
| **Prior Registrations** | 0195359;1734822;AND OTHERS |
| **Description of Mark** | This mark is a three-quarter view of the Chanel CC monogram which is comprised of interlocking C's. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

| HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY

**16**