# Composite Exhibit "1"

Bibisblingbling featuring quality knockoffs for Handbags, Jewelry, Rings, Sunglasses, Wallets    Page 1 of 2



| Tue, May 9, 2006 | Home | Online Store | On Sale Now | Customer Service |


0 items
Total: $0.00
►Checkout

7 item(s) found matching your search criteria...

**BROWSE**
- Brooches/Bracelets
- Cellphone Charms
- Handbags
- Necklaces/Earrings
- Rings

**QUICK SEARCH**


**JOIN OUR MAILING LIST**
ENTER Your EMAIL ADDRESS

**INFORMATION**
Shipping & Returns
Disclaimer
Freq. Asked Questions
Testimonials
Contact Us

| Product | Item |
|---|---|
|  | Chanel Small Tassel Bag |
|  | Chanel Shoulder Flap Bag |
|  | Chanel New Carmel Satchel Bag |
|  | Chanel Snake Skin Tote |
|  | Chanel New Rhinestone Evening Bag |
| | Chanel Crystal Studs |

**1**

Bibisblingbling featuring quality knockoffs for Handbags, Jewelry, Rings, Sunglasses, Wallets    Page 2 of 2





Chanel Reporter White

Top Of Page



Copyright © 2005-2006 Bibi, Inc. All Rights Reserved
Designed by LPR Computer Systems Inc.

**2**

http://www.bibisblingbling.com/onlinestore/quicksearch.CFM    5/9/2006



Tue, May 9, 2006        Home              Online Store           On Sale Now         Customer Service


0 items
Total: $0.00
▶Checkout

Welcome To My Store ... Have Fun Shopping!
Any questions - Please feel free to call Bibi @ (516) 417-4797

# Be a Star! Wear Bibi's "Bling Bling" Here You Will Find Some Spectacular Deals On Knockoffs Such As Chanel, Dior, LV.!!! Etc..

**BROWSE**
- Brooches/Bracelets
- Cellphone Charms
- Handbags
- Necklaces/Earrings
- Rings

**QUICK SEARCH**


**JOIN OUR MAILING LIST**
ENTER Your EMAIL ADDRESS


Spring Sale!                                      Grand Opening Sale!
Free Surprise Gift with every purchase for the first 100 customers
Every handbag purchase includes a free "Star" Keycharm

**INFORMATION**
Shipping & Returns
Disclaimer
Freq. Asked Questions
Testimonials
Contact Us

**Featured Items**
LV Rainbow Murakami 'Keep-All'
Suggested Retail Price: $920.00
Your Price: $149.00



Tiffany & Co. Diamond Heart Pendant
Suggested Retail Price: $125.00
Your Price: $40.00

**Popular Items**



LV Rainbow Murakami 'Speedy 30'



Copper Topaz 'Star' Bracelet

**3**



Chanel New Carmel Satchel Bag
Suggested Retail Price: ~~$450.00~~
Your Price: $99.00



Chanel Snake Skin Tote
Suggested Retail Price: ~~$500.00~~
Your Price: $115.00



Chanel New Rhinestone Evening Bag
Suggested Retail Price: ~~$750.00~~



LV Rainbow Murakami 'Keep-All'



Beaded Floral Hobo



Rhinestone Cellphone Charm



Double Hollywood Briolet Necklace



Believe - Silicone

4

Your Price: $115.00



**Bracelets**



**Flower Red Hat Pin**



**LV Monogram Canvas 'the Large Keep-All'**



**Dior Girly Glamour and Camera bag**

LV Monogram Canvas 'Alma'
Suggested Retail Price: $835.00
Your Price: $129.00



LV Monogram Canvas 'Walz Dora'
Suggested Retail Price: $700.00
Your Price: $149.00



LV Monogram Pouchette 'LV Initials'

**Suggested Retail Price:** ~~$300.00~~
**Your Price:** $59.00



Dior Flower Bag
**Suggested Retail Price:** ~~$400.00~~
**Your Price:** $79.00



Prada White Satchel
**Suggested Retail Price:** ~~$600.00~~
**Your Price:** $125.00



6

Bibisblingbling featuring quality knockoffs for Handbags, Jewelry, Rings, Sunglasses, Wallets       Page 1 of 4



Tue, May 9, 2006       Home          Online Store          On Sale Now          Customer Service


0 items
**Total: $0.00**
▶Checkout

**BROWSE**
- Brooches/Bracelets
- Cellphone Charms
- Handbags
- Necklaces/Earrings
- Rings

**QUICK SEARCH**


**JOIN OUR MAILING LIST**
**ENTER Your EMAIL ADDRESS**

**INFORMATION**
Shipping & Returns
Disclaimer
Freq. Asked Questions
Testimonials
Contact Us

**On Sale Now**
104 item(s) are On Sale now...


Amazing Crystal Strand W/Earrings
Suggested Retail Price: $75.00
Sale Price: $35.00
▶Add to Cart
More Details


Balenciaga Suede/Croco Shoulder Tote
Suggested Retail Price: $250.00
Sale Price: $69.00
▶Add to Cart
More Details


Beaded Floral Hobo
Suggested Retail Price: $100.00
Sale Price: $35.00
▶Add to Cart
More Details


Believe - Silicone Bracelets
Suggested Retail Price: $15.00
Sale Price: $9.00
▶Add to Cart
More Details


Chanel Crystal Studs
Suggested Retail Price: $50.00
Sale Price: $23.50
▶Add to Cart


Chanel New Carmel Satchel Bag
Suggested Retail Price: $450.00
Sale Price: $99.00
▶Add to Cart

7

Bibisblingbling featuring quality knockoffs for Handbags, Jewelry, Rings, Sunglasses, Wallets                Page 2 of 4

More Details



Chanel New Rhinestone Evening Bag
Suggested Retail Price: $750.00
Sale Price: $115.00



More Details



Chanel Reporter White
Suggested Retail Price: $1,500.00
Sale Price: $150.00



More Details



Chanel Shoulder Flap Bag
Suggested Retail Price: $300.00
Sale Price: $49.00

More Details



Chanel Small Tassel Bag
Suggested Retail Price: $300.00
Sale Price: $59.00



More Details



Chanel Snake Skin Tote
Suggested Retail Price: $500.00
Sale Price: $115.00

More Details



Coach Hampton Scribble Tote
Suggested Retail Price: $175.00
Sale Price: $129.00

More Details



Coach Hamptons 'Scribble' Small Flap
Suggested Retail Price: $150.00



Coach Hamptons Weekend Scribble Tote
Suggested Retail Price: $125.00

8

Sale Price: $100.00      Sale Price: $89.00

[Add to Cart]      [Add to Cart]

More Details      More Details

**Coach Jacquard Pink Tote**      **Coach Soho Signature Flapbag**
Suggested Retail Price: ~~$175.00~~      Suggested Retail Price: ~~$170.00~~
Sale Price: $129.00      Sale Price: $100.00

[Add to Cart]      [Add to Cart]

More Details      More Details



**Copper Topaz 'Star' Bracelet**      **David Yurman "Petite" Diamond Pendant**
Suggested Retail Price: ~~$35.00~~      Suggested Retail Price: ~~$350.00~~
Sale Price: $23.50      Sale Price: $100.00

[Add to Cart]      [Add to Cart]

More Details      More Details



**David Yurman Crystal Silver Bangle**      **David Yurman Diamond Pendant**
Suggested Retail Price: ~~$275.00~~      Suggested Retail Price: ~~$300.00~~
Sale Price: $79.00      Sale Price: $100.00

[Add to Cart]      [Add to Cart]

More Details      More Details

[ NEXT 20 RECORDS ]

Top Of Page

   

**9**

Bibisblingbling featuring quality knockoffs for Handbags, Jewelry, Rings, Sunglasses, Wallets         Page 1 of 1



Tue, May 9, 2006        Home            Online Store            On Sale Now            Customer Service


0 items
**Total: $0.00**
▶Checkout

Charges will appear on your credit card statement from our company.
Please allow 7-10 Business days for delivery.

Order Information: Store credit for exchange only of items purchased within 7 business days unused in original packaging.

**BROWSE**
- Brooches/Bracelets
- Cellphone Charms
- Handbags
- Necklaces/Earrings
- Rings

**QUICK SEARCH**


**JOIN OUR MAILING LIST
ENTER Your EMAIL ADDRESS**

**INFORMATION**
Shipping & Returns
Disclaimer
Freq. Asked Questions
Testimonials
Contact Us

Top Of Page

    
THIS IS A SECURE SITE

Copyright © 2005-2006 Bibi, Inc. All Rights Reserved
Designed by LPR Computer Systems Inc.

**10**

http://www.bibisblingbling.com/onlinestore/returnpolicy.cfm                        5/9/2006