Bibisblingbling featuring quality knockoffs for Handbags, Jewelry, Rings, Sunglasses, Wallets          Page 1 of 2



Tue, May 9, 2006          Home          Online Store          On Sale Now          Customer Service


0 items
Total: $0.00
►Checkout

**BROWSE**
- Brooches/Bracelets
- Cellphone Charms
- Handbags
- Necklaces/Earrings
- Rings

**QUICK SEARCH**



**JOIN OUR MAILING LIST**
**ENTER Your EMAIL ADDRESS**

**INFORMATION**
Shipping & Returns
Disclaimer
Freq. Asked Questions
Testimonials
Contact Us

Although our designer styles are undoubtedly comparable with high quality products, it is not the real thing. In fact the quality associated with the genuine items cannot be duplicated no matter how hard anybody tries. We do not represent our items to be authentic, original or genuine to any of registered designer brand labels or their copyright products therefore our products do not violate any copyright laws.

All our items are replicas, imitations or reproductions, and meant for entertainment and pleasure purposes only. We do not sell originals, if you wish to purchase the authentic version then you are on the wrong website and we strongly recommend you to buy it from an authorized dealer. By purchasing our products the buyer must agree that these are only replicas and he/she must not sell or represent them as real or try to hold the owner of this site liable for any reason. The owners of this web site do not take responsibility for what people do or say about these products. The customer is completely responsible to the law for their actions after buying them.

By viewing this page and any page linked to this web site directly or indirectly, you agree to such terms. If you are affiliated with or working or/and representing these brand names companies (on this web site) or were formally a worker, nationally or internationally you cannot enter this site or any linked pages, you cannot access and/or view any of the "html" files. If you are entering this web site and you are not agreeing to these terms you are violating code 431.322.12 of the Internet Privacy Act signed by Bill Clinton in 1995 and that means that you cannot threaten our ISP(s) or any person (s) or company storing these files, who are affiliated with this web site, and you cannot threaten our family, friends or individuals who own, run or enter or purchase from this web site. Furthermore Bibisblingbling.com does not warrant that this site and its contents are complete or error free or that the server that makes it available, are free of viruses or other harmful components. Price and availability is subject to change without any notice. And please do acknowledge, by you using this site, is at your sole risk, that Bibi, Inc., Bibi, LLC and it's directors and employees shall not be liable for any damages or costs associated with all necessary servicing or repairs of any equipment you use in connection with your use of our web site.

11

Bibisblingbling featuring quality knockoffs for Handbags, Jewelry, Rings, Sunglasses, Wallets          Page 1 of 2



Tue, May 9, 2006          Home          Online Store          On Sale Now          Customer Service

**SHOPPING CART**
0 items
Total: $0.00
►Checkout

**BROWSE**
- Brooches/Bracelets
- Cellphone Charms
- Handbags
- Necklaces/Earrings
- Rings

**QUICK SEARCH**



**JOIN OUR MAILING LIST**
**ENTER Your EMAIL ADDRESS**



**INFORMATION**
Shipping & Returns
Disclaimer
Freq. Asked Questions
Testimonials
Contact Us

### Are your bags authentic and what type of quality are they?

No they are NOT authentic bags...and they cost hundreds of $ less than the original, (to learn more please read our disclaimer) BUT they are AAA+ almost "mirror image" from different manufactures, and we personally hand pick only the best, and each and every bag is self inspected for even the slightest imperfections. Most our bags are made of genuine, real leather and most of the AAA+ bags have serial numbers, all come w/lock and keys when appropriate and LV metal stamp on every piece of hardware. Inside all LV handbags, have "LV Made in France". We recommend these bags to buyers who would like to save some money, you'll be on Top of the "Fashion World" and even better you'll feel like a "million bucks".

### What are replica bags?

Replica bags are items that are similar and comparable to the original. There are many grades of replicas, depending on the quality of product and workmanship. However we do have the absolute top quality replicas, sold by Bibisblingbling.

### Why buy from us?

Professional packing and handling. Actual photos (taken by our staff!) and correct information about all of our items. All items are inspected before shipment. After spending lots of time in doing research and comparing prices, we can assure you, we have simply the best quality products with incredible reasonable and low prices ever! You will also notice we have a limited supply of items since the best quality is hard to obtain, remember Bibisblingbling policy is quality and not quantity.

### Do you sell wholesale?

No, we cater to the retail customer.

### Is your website secure to order from?

Yes we use a Secured Socket Layer (SSL) technology to process your

**12**

purchases.

**How do I know if my order went through?**

If your order has been Accepted, you will be advised at the time you finalize your order. Also, you will receive an emailed invoice.

**Can I make a request for my order to be left in front of the door or anywhere else other then direct receiver?**

Yes. We can, if you email us your request immediately after you receive your invoice for your order.

**Do you supply a catalog?**

Printed catalogs are not available, however, all of our merchandise is displayed on our website.

**What is your return policy?**

There are no refunds due to our extremely low prices. We offer exchanges only for items returned within 7 business days, in good condition.

**What is the address that can be used to send items for return/exchanges?**

Bibi, Inc., 57 Ira Road, Suite 130, Syosset, NY 11791

Any additional questions please email me at info@Bibisblingbling.com

Have fun shopping with us and have a pleasant day.

Top Of Page



Copyright © 2005-2006 Bibi, Inc. All Rights Reserved.
Designed by LPR Computer Systems Inc.

**13**

Bibisblingbling featuring quality knockoffs for Handbags, Jewelry, Rings, Sunglasses, Wallets

Page 1 of 2



Thu, Jul 6, 2006

Home                 Online Store              On Sale Now              Customer Service

🛒 SHOPPING CART
0 Items
Total: $0.00
▶Checkout

**BROWSE**
- ◆ Brooches/Bracelets
- ◆ Cellphone Charms
- ◆ Handbags
- ◆ Mens Wallets
- ◆ Necklaces/Earrings
- ◆ Rings
- ◆ Womens Wallets

QUICK SEARCH



JOIN OUR MAILING LIST
ENTER Your EMAIL ADDRESS



INFORMATION
Shipping & Returns
Disclaimer
Freq. Asked Questions
Testimonials
Contact Us

7 item(s) found matching your search criteria...

**Product**          **Item**



Chanel Small Tassel Bag



Chanel Shoulder Flap Bag



Chanel New Carmel Satchel Bag



Chanel Snake Skin Tote



Chanel New Rhinestone Evening Bag

Chanel Crystal Studs

**14**

Bibisblingbling featuring quality knockoffs for Handbags, Jewelry, Rings, Sunglasses, Wallets    Page 2 of 2



 Chanel Reporter White

Top Of Page



Copyright © 2005-2006 Bibi, Inc. All Rights Reserved
Designed by LPR Computer Systems Inc.

**15**

Jewelry, trendy jewelry, Bangle, Louis Vuitton, Bling, knockoff handbags, replica purses    Page 1 of 2



Thu, Nov 16, 2006         **Home**          **Online Store**          **On Sale Now**          **Customer Service**

 SHOPPING CART

0 items
Total: $0.00
▶Checkout

**Handbags >>**
66 item(s) found in this category...

BROWSE
◆ Brooches/Bracelets
◆ Cellphone Charms
◆ Handbags
◆ Mens Wallets
◆ Necklaces/Earrings
◆ Rings
◆ Womens Wallets

QUICK SEARCH


JOIN OUR MAILING LIST
ENTER Your EMAIL ADDRESS


INFORMATION
Shipping & Returns
Disclaimer
Freq. Asked Questions
Testimonials
Contact Us



**Balenciaga Suede/Croco Shoulder Tote**
**$69.00**

Click for Item Options



**Beaded Floral Hobo Tote**
**$35.00**

Click for Item Options



**Chanel New Carmel Satchel Bag**
**$99.00**

Click for Item Options



**Chanel New Rhinestone Evening Bag**
**$115.00**

Click for Item Options



**Chanel Reporter White**
**$150.00**

Click for Item Options



**Chanel Shoulder Flap Bag**
**$49.00**

Click for Item Options

**16**

11/16/06

Jewelry, trendy jewelry, Bangle, Louis Vuitton, Bling, knockoff handbags, replica purses    Page 2 of 2



**Chanel Small Tassel Bag**
**$59.00**

**Click for Item Options**



**Chanel Snake Skin Tote**
**$115.00**

**Click for Item Options**



**Coach 'Petite' Hamptons Chic**
**$69.00**

**Click for Item Options**



**Coach 'Petite' Hamptons Classic**
**$69.00**

**Click for Item Options**

Results **1 - 10** of 66      « **1** 2 3 4 5 »

Top Of Page



THIS IS A SECURE SITE

Copyright © 2005-2006 Bibi, Inc. All Rights Reserved
Designed by LPR Computer Systems Inc.

**17**

Jewelry, trendy jewelry, Bangle, Louis Vuitton, Bling, knockoff handbags, replica purses    Page 1 of 2



Thu, Nov 16, 2006        Home            Online Store        On Sale Now        Customer Service


SHOPPING CART
0 items
Total: $0.00
►Checkout

Necklaces/Earrings >>
15 item(s) found in this category...

BROWSE
◆ Brooches/Bracelets
◆ Cellphone Charms
◆ Handbags
◆ Mens Wallets
◆ Necklaces/Earrings
◆ Rings
◆ Womens Wallets

QUICK SEARCH



JOIN OUR MAILING LIST
ENTER Your EMAIL ADDRESS

INFORMATION
Shipping & Returns
Disclaimer
Freq. Asked Questions
Testimonials
Contact Us



Amazing Crystal Strand W/Earrings
$35.00

Click for Item Options



David Yurman
$100.00

Click for Item Options



Double Hollywood Briolet Necklace
$27.50

Click for Item Options



Chanel Crystal Studs
$23.50

Click for Item Options



David Yurman Diamond Pendant
$100.00

Click for Item Options



Flower 'Dream' Necklace
$27.50

Click for Item Options

**18**

Jewelry, trendy jewelry, Bangle, Louis Vuitton, Bling, knockoff handbags, replica purses    Page 2 of 2



| | |
|---|---|
| **Graduated Drop Necklace W/Earrings**<br>**$35.00** | **Rhinestone Hoop Earrings**<br>**$16.50** |
| **Click for Item Options** | **Click for Item Options** |
| **Sparkling Bikini Pendant**<br>**$10.50** | **Sparkling Rhinestone Star**<br>**$15.00** |
| **Click for Item Options** | **Click for Item Options** |

Results **1 - 10** of **15**                                  « 1 2 »

Top Of Page



THIS IS A
SECURE SITE

Copyright © 2005-2006 Bibi, Inc. All Rights Reserved
Designed by LPR Computer Systems Inc.

**19**

Composite Exhibit "2"

# C H A N E L

July 6, 2006

**BY EMAIL & CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
info@bibisblingbling.com
bibisblingbling@yahoo.com

Brigitte C. Vaughn, aka Brigitte C. Sierau
168 Fairhaven Blvd. #10
Woodbury, NY 11797

    Re: Sale of Counterfeit CHANEL Merchandise

Dear Ms. Vaughn:

I am writing on behalf of Chanel, Inc. ("Chanel").

Chanel is the owner of the world famous CHANEL and CC Monogram trademarks (the "Chanel Marks"). Chanel owns numerous federal trademark registrations for the Chanel Marks. These registrations constitute conclusive evidence of our ownership of the Chanel Marks, as well as Chanel's exclusive right to use these Marks. As a matter of federal law, these trademark registrations have put you on constructive notice of Chanel's rights in the Marks.

It has come to our attention that you have been advertising and offering for sale handbags, jewelry and accessories which bear counterfeit Chanel marks. We are aware that you have advertised and sold these goods through www.bibisblingbling.com.

Your conduct in offering for sale and selling unauthorized products bearing the Chanel Marks constitutes civil trademark counterfeiting under state and federal law and may also subject you to criminal penalties. The civil remedies available to Chanel may include the seizure and destruction of your goods, an injunction prohibiting your further use of the Chanel Marks, payment of Chanel's attorney fees, and payment to Chanel of three times the amount of money that you made from your sale of counterfeit Chanel merchandise.

In view of the foregoing, we request that you provide us with the following information if you are inclined to resolve this matter on an amicable basis:

1. The identity of the source of all products that you have offered to sell or sold bearing the Chanel Marks;

2. A description of all products that you have sold bearing the Chanel Marks;

**1**

3. An accounting of all products sold bearing the Chanel Marks, including the number of products sold, your purchase price for each piece of merchandise you sold, and the sale price that you received for each item sold;

4. A detailed list of all products that you have in inventory bearing the Chanel Marks and the location of the inventory;

5. The names of all purchasers to whom you have sold the counterfeit Chanel products.

In addition to this information we must receive from you a written representation that you will:

      a. cease and desist from your sale of counterfeit or unauthorized merchandise bearing the Chanel Marks;

      b. deliver up to us for destruction all remaining inventory that you have of good bearing the Chanel Marks;

      c. reimburse Chanel for all monies spent in investigating your sale of counterfeit or unauthorized merchandise bearing the Chanel Marks; and

      d. provide payment to Chanel of all monies you received from the sale of said merchandise.

We anticipate receiving the requested information, materials and representations from you within two (2) weeks of the date of this letter. If such is not the case, we will have no alternative but to refer this matter for further legal action.

This letter is written without waiver of any of Chanel's rights or remedies, all of which are expressly reserved.

Very truly yours,

*Lynnette Oka/mr*

Lynnette Oka

2

**Lynnette Oka**                    To: info@bibisblingbling.com, bibisblingbling@yahoo.com
07/06/2006 12:14 PM              cc:
                                 Subject: Sale of Counterfeit CHANEL Merchandise

Brigitte C. Vaughn, aka Brigitte C. Sierau
168 Fairhaven Blvd. #10
Woodbury, NY 11797

Re:    Sale of Counterfeit CHANEL Merchandise

Dear Ms. Vaughn:

I am writing on behalf of Chanel, Inc. ("Chanel").

Chanel is the owner of the world famous CHANEL and CC Monogram trademarks (the "Chanel Marks"). Chanel owns numerous federal trademark registrations for the Chanel Marks. These registrations constitute conclusive evidence of our ownership of the Chanel Marks, as well as Chanel's exclusive right to use these Marks. As a matter of federal law, these trademark registrations have put you on constructive notice of Chanel's rights in the Marks.

It has come to our attention that you have been advertising and offering for sale handbags, jewelry and accessories which bear counterfeit Chanel marks. We are aware that you have advertised and sold these goods through www.bibisblingbling.com.

Your conduct in offering for sale and selling unauthorized products bearing the Chanel Marks constitutes civil trademark counterfeiting under state and federal law and may also subject you to criminal penalties. The civil remedies available to Chanel may include the seizure and destruction of your goods, an injunction prohibiting your further use of the Chanel Marks, payment of Chanel's attorney fees, and payment to Chanel of three times the amount of money that you made from your sale of counterfeit Chanel merchandise.

In view of the foregoing, we request that you provide us with the following information if you are inclined to resolve this matter on an amicable basis:

1.    The identity of the source of all products that you have offered to sell or sold bearing the Chanel Marks;

2.    A description of all products that you have sold bearing the Chanel Marks;

3.    An accounting of all products sold bearing the Chanel Marks, including the number of products sold, your purchase price for each piece of merchandise you sold, and the sale price that you received for each item sold;

4.    A detailed list of all products that you have in inventory bearing the Chanel Marks and the location of the inventory;

**3**

5.    The names of all purchasers to whom you have sold the counterfeit Chanel products.

In addition to this information we must receive from you a written representation that you will:

a.    cease and desist from your sale of counterfeit or unauthorized merchandise bearing the Chanel Marks;

b.    deliver up to us for destruction all remaining inventory that you have of good bearing the Chanel Marks;

c.    reimburse Chanel for all monies spent in investigating your sale of counterfeit or unauthorized merchandise bearing the Chanel Marks; and

d.    provide payment to Chanel of all monies you received from the sale of said merchandise.

We anticipate receiving the requested information, materials and representations from you within two (2) weeks of the date of this letter. If such is not the case, we will have no alternative but to refer this matter for further legal action.

This letter is written without waiver of any of Chanel's rights or remedies, all of which are expressly reserved.

Very truly yours,
Lynnette Oka

**4**

## Trace Report

Your trace:      Sale of Counterfeit CHANEL Merchandise
has reached:   mx1.mail.YAHOO.COM
at:                   07/06/2006 12:16:05 PM

Trace Information

| | |
|---|---|
| NJMAIL01/US/CHANEL | 12:15:57 PM Today - 12:16:05 PM Today |
| NJMAIL01/US/CHANEL | 12:16:05 PM Today - 12:16:05 PM Today |

**5**

## Trace Report

Your trace:     Sale of Counterfeit CHANEL Merchandise
has reached:  mail.BIBISBLINGBLING.COM
at:                 07/06/2006 12:16:19 PM

Trace Information

| | |
|---|---|
| NJMAIL01/US/CHANEL | 12:15:57 PM Today - 12:16:19 PM Today |
| NJMAIL01/US/CHANEL | 12:16:19 PM Today - 12:16:19 PM Today |

**6**

Composite Exhibit "3"

Jewelry, trendy jewelry, Bangle, Louis Vuitton, Bling, knockoff handbags, replica purses          Page 1 of 1



Wed, Apr 18, 2007          **Home**          **Online Store**          **On Sale Now**          **Customer Service**

🛒 **SHOPPING CART**
0 items
Total: $0.00
▶Checkout

**BROWSE**

- ◆ Brooches/Bracelets
- ◆ Cellphone Charms
- ◆ Chokers
- ◆ Evening Bags
- ◆ Handbags
- ◆ Mens Wallets
- ◆ Necklaces/Earrings
- ◆ Rings
- ◆ Tapestry Bags
- ◆ Womens Wallets

**QUICK SEARCH**



**JOIN OUR MAILING LIST
ENTER Your EMAIL ADDRESS**



**INFORMATION**
Shipping & Returns
Disclaimer
Freq. Asked Questions
Testimonials
Usefull Links
Contact Us

**"LookAlike" Chanel Shoulder Flap Bag**
8078

**Suggested Retail Price:** ~~$300.00~~
**Your Price: $49.00**



This one is absolutely gorgeous in a pastel blue color, made of soft natural leather, twisted chain strap in silver tone hardware, suede blue lining, zip interior pocket and magnetic closure.

**Colors**          **Approx. Size (in inches)**
 Light Blue           10 X 5

▶ **Add to Cart**

Suggest this item to a friend

Top Of Page


🔒 **THIS IS A SECURE SITE**

Copyright © 2005-2006 Bibi, Inc. All Rights Reserved
Designed by LPR Computer Systems Inc.
Copyright Statement   Privacy Statement

**1**

Jewelry, trendy jewelry, Bangle, Louis Vuitton, Bling, knockoff handbags, replica purses                    Page 1 of 1



Wed, Apr 18, 2007           Home              Online Store         On Sale Now          Customer Service

🛒 SHOPPING CART
0 items
Total: $0.00
▶Checkout

**BROWSE**

◆ Brooches/Bracelets
◆ Cellphone Charms
◆ Chokers
◆ Evening Bags
◆ Handbags
◆ Mens Wallets
◆ Necklaces/Earrings
◆ Rings
◆ Tapestry Bags
◆ Womens Wallets

QUICK SEARCH



JOIN OUR MAILING LIST
ENTER Your EMAIL ADDRESS



**INFORMATION**

Shipping & Returns
Disclaimer
Freq. Asked Questions
Testimonials
Usefull Links
Contact Us

"LookAlike" Chanel Reporter Bag
1215

Suggested Retail Price: $1,500.00
Your Price: $150.00



Temporary OUT OF STOCK! Gorgeous and timeless Chanel bag, with black chanel logo on front, famous for it quilted exterior, with two knotted handles, two side pockets, two front pockets, zipper pulls embossed with Chanel CC logo, zippered pocket inside and cell phone pocket inside, sateen lining, all the hardware is in silvertone, arrives with a dust tote.

**Colors**          **Approx. Size (in inches)**
          



**Suggest this item to a friend**

Top Of Page

Copyright © 2005-2006 Bibi, Inc. All Rights Reserved
Designed by LPR Computer Systems Inc.
Copyright Statement  Privacy Statement

**2**

Jewelry, trendy jewelry, Bangle, Louis Vuitton, Bling, knockoff handbags, replica purses    Page 1 of 1



Wed, Apr 18, 2007          Home          Online Store          On Sale Now          Customer Service

🛒 **SHOPPING CART**
1 items
Total: $49.00
▶Checkout

**BROWSE**

◆ Brooches/Bracelets
◆ Cellphone Charms
◆ Chokers
◆ Evening Bags
◆ Handbags
◆ Mens Wallets
◆ Necklaces/Earrings
◆ Rings
◆ Tapestry Bags
◆ Womens Wallets

**QUICK SEARCH**



**JOIN OUR MAILING LIST**
**ENTER Your EMAIL ADDRESS**



**INFORMATION**

Shipping & Returns
Disclaimer
Freq. Asked Questions
Testimonials
Usefull Links
Contact Us

**"LookAlike" Chanel Small Tassel Bag**
18515

**Suggested Retail Price:** ~~$300.00~~
**Your Price: $59.00**



Such a chic purse, one of the greatest designs from Chanel, with all around chain strap, with two tassels on zipper, made of beautiful soft calfskin leather, perfect as an evening and holiday bag, comes with suede lining, wrap around zippered closure, interior with one zip pocket, twisted chain straps in silver tone hardware.

**Colors**                                    **Approx. Size (in inches)**
Hot Pink ▾                                    10 X 5 ▾



**Suggest this Item to a friend**

Top Of Page

Copyright © 2005-2006 Bibi, Inc. All Rights Reserved
Designed by LPR Computer Systems Inc.

Copyright Statement  Privacy Statement

**3**

bibisblingbling.com: Add Item to Shopping Cart



| Wed, Apr 18, 2007 | Home | Online Store | On Sale Now | Customer Service |
|---|---|---|---|---|


1 Items
Total: $49.00
►Checkout

**Contents of your Shopping Cart**

| | Item # | Description | Quan | Price | Total | |
|---|---|---|---|---|---|---|
| Remove | 8078 | "LookAlike" Chanel Shoulder Flap Bag - Light Blue - 10 X 5 | 1 | $49.00 | $49.00 | Update |

Continue Shopping ◄    ▷ Proceed to Checkout

Top Of Page

**BROWSE**
- Brooches/Bracelets
- Cellphone Charms
- Chokers
- Evening Bags
- Handbags
- Mens Wallets
- Necklaces/Earrings
- Rings
- Tapestry Bags
- Womens Wallets

  
THIS IS A SECURE SITE

**QUICK SEARCH**

[          ] Go

**JOIN OUR MAILING LIST**
ENTER Your EMAIL ADDRESS

[          ] Go

Copyright © 2005-2006 Bibi, Inc. All Rights Reserved
Designed by LPR Computer Systems Inc.
Copyright Statement   Privacy Statement

**INFORMATION**
Shipping & Returns
Disclaimer
Freq. Asked Questions
Testimonials
Usefull Links
Contact Us

**4**