# Tape Transmittal Accepted Report

**Merchant:  498894040600140    BIBI'S BLING BLING**

| Tran Date | Cardholder | Tran Code | Pos Entry | Tran Amount | Auth Code | Mktsp2 | Auth Amount |
|---|---|---|---|---|---|---|---|
| 2006-03-18 | 5424*******6676 | S | 81 | 16.31 | 732876 | 10000002168 | 16.31 |
| 2006-03-18 | 5424*******6676 | S | 81 | 15.77 | 817606 | 10000002170 | 15.77 |
| 2006-03-28 | 4308*******2792 | S | 01 | 131.00 | 008942 | 10000002171 | 131.00 |
| 2006-04-15 | 5262*******5152 | S | 81 | 101.00 | 664582 | 10000002174 | 101.00 |
| 2006-05-20 | 4460*******3636 | S | 01 | 127.00 | 781373 | 10000002175 | 127.00 |
| 2006-08-21 | 4460*******3592 | S | 01 | 101.00 | 724828 | 10000002191 | 101.00 |
| 2006-11-13 | 4190*******3737 | S | 01 | 150.50 | 003814 | 10000002195 | 150.50 |
| 2006-11-24 | 4427*******8668 | S | 01 | 81.00 | 045381 | 10000002197 | 81.00 |
| 2006-12-11 | 4323*******3715 | S | 01 | 15.50 | 526682 | 10000002202 | 15.50 |
| 2006-12-23 | 4313*******9721 | S | 01 | 16.31 | 03502C | 10000002217 | 16.31 |
| 2006-12-23 | 4313*******9721 | R | | 16.31 | | | 0.00 |
| 2007-03-20 | 4300*******1660 | S | 01 | 120.00 | 020339 | 10000002258 | 120.00 |
| 2007-04-19 | 4460*******9049 | S | 01 | 71.00 | 296625 | 10000002259 | 71.00 |
| 2007-04-20 | 4460*******9049 | R | | 12.00 | | | 0.00 |
| 2007-05-03 | 4356*******3504 | S | 01 | 129.00 | 111024 | 10000002264 | 129.00 |
| 2007-06-01 | 4024*******7569 | S | 01 | 69.00 | 03548A | 10000002265 | 69.00 |
| 2007-07-07 | 4356*******3504 | R | | 129.00 | | | 0.00 |
| 2007-07-11 | 4388*******0350 | S | 01 | 70.00 | 01523C | 10000002284 | 70.00 |
| 2007-07-19 | 4921*******1413 | S | 01 | 109.00 | 018534 | 10041324714 | 109.00 |
| 2007-07-20 | 4019*******0173 | S | 01 | 140.00 | 02505A | 10000002290 | 140.00 |
| 2007-09-25 | 4323*******7002 | S | 01 | 31.45 | 369496 | 10000002305 | 31.45 |
| Total | | | | 1652.15 | | | 1494.84 |
| GrandTot | 21.0 | | | 1652.15 | | | 1494.84 |

Home
Download Report

10/31/2007 4:14 PM

10-31-'07 15:56 FROM-NEWTEK          4148313901              T-090 P002/004 F-866

NEWTEK MERCHANT SOLUTIONS
744 N 4TH STREET                                          PAGE        1
MILWAUKEE, WI
53203                                              MONTH ENDING    11/30/05
                                                   1 PAGES IN THIS STATEMENT

5984 0000 4060 01              MERCHANT STATEMENT              7 598284
                         SUMMARY OF BANKCARD DEPOSITS

MERCHANT NUMBER  4988 9404 0600140
                                         ODA/SAV/GL NR.

            ||.||.||.|.||.||..||..||..

BIBI'S BLING BLING
502 E JOHN ST RM E PMB #2127
Carson City NV 89706

CUSTOMER SERVICE TEL #: 800-277-6980

---

                            !ATTENTION!

NEWTEK MERCHANT SOLUTIONS WOULD LIKE TO HELP PROTECT YOU AGAINST CHARGEBACKS.
THIS IS THE FIRST IN A SERIES OF TIPS TO HELP MERCHANTS PROTECT THEMSELVES
FROM COSTLY CHARGEBACKS. FAILURE OF A MERCHANT TO RESPOND TO A RETRIEVAL
REQUEST IS THE SINGLE MOST FREQUENT CAUSE OF A CHARGEBACK. FORTUNATELY, THIS
IS OFTEN THE EASIEST TO PREVENT OR REVERSE. SIMPLY KEEP COPIES OF THE SALES
TRANSACTION AND RESPOND TO ANY AND ALL "MEDIA" OR "RETRIEVAL" REQUESTS BY
SENDING LEGIBLE COPIES OF SALES DRAFTS IMMEDIATELY. IT IS IMPORTANT TO KEEP
THE RIBBON ON TERMINALS IN GOOD WORKING ORDER AND KEEP THE MOST LEGIBLE COPY
OF THE DRAFT ON 2-PLYS. IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT OUR CUSTOMER
SERVICE DEPARTMENT AT 800-277-6980.
*******************************************************************************
NEWTEK MERCHANT SOLUTIONS WOULD LIKE TO WISH YOU AND YOUR FAMILY HAPPY
HOLIDAYS!

---

TOTAL CHARGE TO YOUR ACCOUNT IS                                    25.22

---

                        SUMMARY OF CARD FEES

VISA
  DISC 6
AUTHS & AVS              AT          0.02190
  ECI CPU
  TOTAL          3       AT          0.2400        0.72
TOTAL CARD FEES
                                                              0.72
                                                              0.72

---

                    SUMMARY OF MISCELLANEOUS FEES

TOTAL CARD FEES
MINIMUM DISC FEE                                               0.72
STATEMENT FEE                                                 10.00
INTERNET GATEWAY                                               7.00
                                                              7.50

  TOTAL CHARGES
                                                             25.22

              LAST PAGE OF THIS STATEMENT

10-31-'07 15:57 FROM-NEWTEK          4148313901                    T-090 P003/004 F-866

NEWTEK MERCHANT SOLUTIONS
744 N 4TH STREET                                            PAGE        1
MILWAUKEE, WI
53203                                              MONTH ENDING   12/31/05
                                                   2 PAGES IN THIS STATEMENT

                              MERCHANT STATEMENT
5984 0000 4060 01         SUMMARY OF BANKCARD DEPOSITS            7 601751

MERCHANT NUMBER  4988 9404 0600140

                                                   DDA/SAV/GL NR ▆▆▆▆▆▆▆

    ▏▎▍▌▋▊▉ ▏▎▍▌▋

BIBI'S BLING BLING
502 E JOHN ST RM E PMB #2127
Carson City NV 89706

CUSTOMER SERVICE TEL #: 800-277-6980

---

                                !ATTENTION!

NEWTEK MERCHANT SOLUTIONS WOULD LIKE TO HELP PROTECT YOU AGAINST CHARGEBACKS.
"THE CARDHOLDER WAS BILLED MORE THAN ONCE FOR THE SAME TRANSACTION" IS THE
SECOND IN A SERIES OF TIPS TO HELP MERCHANTS PROTECT THEMSELVES FROM COSTLY
CHARGEBACKS. TO AVOID DUPLICATE PROCESSING, RECONCILE YOUR BATCHES DAILY AND
ENSURE THAT THE REGISTER/TERMINAL TOTALS MATCH THE CREDIT CARD RECEIPTS FOR
THE DAY. IF YOU DO RECEIVE A LEGITIMATE DUPLICATE PROCESSING CHARGEBACK, DO
NOT ISSUE A DIRECT CREDIT TO THE CARDHOLDER. THE CREDIT WILL AUTOMATICALLY BE
APPLIED.  IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT OUR CUSTOMER SERVICE
DEPARTMENT AT 800-277-6980.
***************************************************************************
NEWTEK MERCHANT SOLUTIONS WOULD LIKE TO WISH YOU AND YOUR FAMILY A VERY HAPPY
NEW YEAR!

---

TOTAL CHARGE TO YOUR ACCOUNT IS                                   35.30

                         SUMMARY OF CARD DEPOSITS

| CARD TYPE |   | SALES |      | RETURNS |      | NET  |
|-----------|---|-------|------|---------|------|------|
| VISA      | 3 |       | 0.06 | 0       | 0.00 | 0.06 |
| TOTAL     | 3 |       | 0.06 | 0       | 0.00 | 0.06 |

                         SUMMARY OF CARD FEES

| VISA          |    |    |         |       |       |
|---------------|----|----|---------|-------|-------|
| DISC 6        |    |    |         |       |       |
| AUTHS & AVS   |    | AT | 0.02190 |       |       |
| ECI CPU       |    |    |         |       |       |
| TOTAL         | 45 | AT | 0.2400  | 10.80 |       |
| TOTAL CARD FEES |  |    |         |       | 10.80 |
|               |    |    |         |       | 10.80 |

                       SUMMARY OF MISCELLANEOUS FEES

| TOTAL CARD FEES   |       |
|-------------------|-------|
| MINIMUM DISC FEE  | 10.80 |
| STATEMENT FEE     | 10.00 |
| INTERNET GATEWAY  | 7.00  |
|                   | 7.50  |
| TOTAL CHARGES     | 35.30 |

NEWTEK MERCHANT SOLUTIONS                                        PAGE      2
744 N 4TH STREET
MILWAUKEE, WI                                       MONTH ENDING    12/31/05
53203

                              MERCHANT STATEMENT              7 601751
                          SUMMARY OF BANKCARD DEPOSITS
5984 0000 4060 01

MERCHANT NUMBER  4988 9404 0600140            DDA/SAV/GL NR ████████████


        ╷ılılılıfıılⁱⁱⁱıııˡⁱⁱlⁱˡıⁱⁱⁱⁱⁱⁱ

        BIBI'S BLING BLING
        502 E JOHN ST RM E PMB #2127
        Carson City NV 89706


CUSTOMER SERVICE TEL #: 800-277-6980

---

                       SUMMARY OF MONETARY BATCHES
                                 BATCHES

| GROSS | R&C | NET | DATE | REF |
|-------|-----|-----|------|-----|
| 0.06  | 0.00 | 0.06 | 12/09 | 70009236733 |

                       SUMMARY OF DAILY DEPOSITS
                            ALL CARD TYPES

|  | SALES CHRGBK/ADJ | | RETURNS EXCL ADJ | | DAILY DISCOUNT DAILY TOTAL |
|------|-------|--------|-------|--------|------|
| DATE | COUNT | AMOUNT | COUNT | AMOUNT | |
| 12/09 | 3 | 0.06 | 0 | 0.00 | 0.00 |
|  | 0 | 0.00 | 0 | 0.00 | 0.06 |

                       LAST PAGE OF THIS STATEMENT